MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| AMIDA ANAYA,<br><br>          Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation, d/b/a COSTCO; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | CASE NO.: 2:19-cv-00867-JAD-BNW<br><br>ECF No. 11 |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff AMIDA ANAYA'S claim for loss of past and future wages and earning capacity in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 24th day of June, 2019.

MOSS BERG INJURY LAWYERS

/s/ Boyd B. Moss, III, Esq.

BOYD B. MOSS, III, ESQ.
Nevada Bar No.: 008856
4101 Meadows Lane, Ste. 110
Las Vegas, Nevada 89107
Attorney for Plaintiff

DATED this 24th day of June, 2019.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

### ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY

The parties stipulate to dismiss with prejudice plaintiff Amida Anaya's allegation that she lost "past and future wages and earning capacity" as a result of a slip and fall in her local Costco store. I construe the parties' stipulation [ECF No. 11] as one under FRCP 15(a)(2) permitting Anaya to amend her complaint to drop those elements from her claimed damages. So construed, the parties' stipulation **[ECF No. 11] is GRANTED. Anaya must file her amended complaint eliminating the allegation that she lost past and future wages and earning capacity as a result of the slip and fall by September 18, 2019.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 4, 2019