# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMIDA ANAYA, | Case No. 2:19-cv-00867-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Presently before the court is Presently before the court is attorneys Boyd D. Moss and Marcus A. Berg's motion to withdraw as attorneys for plaintiff Amida Anaya (ECF No. 14), filed on September 3, 2019. Defendant does not oppose the motion. (ECF No. 16.) Anaya did not respond to the motion.

Anaya's attorneys move to withdraw, arguing that they have reached an impasse in the attorney-client relationship that makes them unable to continue the representation. The motion includes a certificate of service stating that a copy of the motion was served on Anaya by United States mail on September 3, 2019. Anaya did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Anaya must file a notice advising the court whether she will represent herself or retain a new attorney by October 18, 2019. Anaya is advised that unless and until she retains a new attorney, she is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that attorneys Boyd D. Moss and Marcus A. Berg's motion to withdraw as attorneys for plaintiff Amida Anaya (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Moss and Berg must serve a copy of this order, as well as the scheduling order (ECF No. 12), which includes upcoming case deadlines, on Anaya and must file proof of that service by September 27, 2019.

IT IS FURTHER ORDERED that by October 18, 2019, Anaya must file a written notice stating whether she intends to represent herself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Anaya by October 18, 2019.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Anaya's last known address as follows:

>   Amida Anaya
>   5375 Anglier Circle, Unit 202
>   Las Vegas, NV 89122

DATED: September 20, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE