# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMIDA ANAYA,<br><br>              Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>              Defendant. | Case No. 2:19-cv-00867-APG-BNW<br><br>**ORDER** |

      This matter is before the court on pro se plaintiff Amida Anaya's failure to comply with the court's order (ECF No. 19) dated September 23, 2019. In that order, the court granted Anaya's former attorney's motion to withdraw and ordered Anaya to file a written notice stating whether she intends to represent herself in this case. Anaya's deadline for filing the written notice was October 18, 2019. Anaya did not comply with the deadline and has not filed any other documents in the case since her attorney withdrew from the case.

      Given these circumstances, Anaya must file a written notice by December 2, 2019, stating whether she intends to represent herself in this case or retain a new attorney. Failure to comply with this order will result in the issuance of an order to show cause.

      IT IS SO ORDERED.

      IT IS FURTHER ORDERED that the clerk of court must sent a courtesy copy of the court's previous order (ECF No. 19) to Anaya.

      DATED: November 8, 2019

                                                      BRENDA WEKSLER<br>                                                      UNITED STATES MAGISTRATE JUDGE