# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMIDA ANAYA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00867-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

　　　　This matter is before the court on pro se plaintiff Amida Anaya's repeated failure to comply with the court's orders.

　　　　Previously, the court granted Anaya's former attorney's motion to withdraw and ordered Anaya to file a written notice stating whether she intends to represent herself in this case. (ECF No. 19.) Anaya's deadline for filing the written notice was October 18, 2019. (*Id.*) Anaya did not comply with this deadline.

　　　　The court subsequently ordered Anaya to file a notice stating whether she intends to represent herself by December 2, 2019. (ECF No. 21.) In that order, the court explained that a failure to comply with the court's order would result in the issuance of an order to show cause. (*Id.*) Anaya did not comply with this deadline.

　　　　Accordingly, on February 12, 2020, the court ordered Anaya to show cause why sanctions should not be imposed for failure to comply with the court's orders. (ECF No. 26.) The court gave Anaya until March 13, 2020 to respond to this order. (*Id.*) The court also advised Anaya that a failure to respond to the court's order would result in a recommendation to the district judge that this case be dismissed for failure to prosecute. (*Id.* at 2.) Anaya did not comply with this order

and has not filed any documents in her case since her attorney withdrew. She appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Amida Anaya's case be dismissed without prejudice.

IT IS FURTHER RECOMMENDED that Defendant's Motion for Summary Judgment (ECF No. 23) be DENIED as moot in light of this court's recommendation that the case be dismissed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 24, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE